MERCANTILE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, *v.* LOUIS SILVERMAN, Respondent.

*Mercantile Nat. Bank of N. Y.* v. *Silverman,* 148 App. Div. 1, affirmed. ,
(Argued January 16, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1912, upon an order reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint in an action upon a promissory note.

*Joseph M. Hartfield* and *Raleigh H. Hansl* for appellant.

*David J. Gallert* and *Walter S. Heilborn* for respondent.

Judgment affirmed, with costs, on opinion of LAUGHLIN, J., below.
Concur: WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Dissenting: WILLARD BARTLETT, Ch. J. Not sitting: MILLER, J.